# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



FILED
APR 17 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>Ray Anthony Little,<br><br>                 Defendant. | Case No. 16-cr-00084-BEN<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, AND EXONERATE BOND |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, and the bond be exonerated.

Dated: 4/13/2017

Hon. Jill L. Burkhardt
United States Magistrate Judge